NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-817

STATE OF LOUISIANA

VERSUS

FRED CHRISTOPHER BEVERLY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 267,552,
HONORABLE THOMAS M. YEAGER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael
G. Sullivan, Judges.

AFFIRMED.

James C. Downs
 District Attorney
Loren M. Lampert
 Assistant District Attorney
701 Murray Street
Alexandria, Louisiana 71301
(318) 473-6650
Counsel for Plaintiff/Appellee:
     State of Louisiana

**Laura M. Pavy**
**Louisiana Appellate Project**
**5505 Coliseum Street**
**New Orleans, Louisiana 70115**
**(504) 833-2910**
**Counsel for Defendant/Appellant:**
**Fred Christopher Beverly**


**Fred Christopher Beverly**
**Concordia Parish Correctional Facility**
**26362 Highway 15**
**Ferriday, Louisiana 71334**
**Defendant/Appellant**